DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

STEVEN CHARLES NIXON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No.  2D23-454

———————————————

February 23, 2024

Appeal from the Circuit Court for Pinellas County; Aaron W. Hubbard,
Judge.

Howard L. Dimmig, II, Public Defender, and Kevin Briggs, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Katherine Coombs
Cline, Senior Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

        Affirmed.

VILLANTI, LaROSE, and SMITH, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.